IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § <br> § <br> v. § <br> § <br> ANTHONY M. WORTHAM § <br> § | CRIMINAL ACTION NO. 4:24-CR-00057-ALM-BD-1 |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Now before the court is the request for revocation of Defendant Anthony M. Wortham's ("Defendant") supervised release. After the District Judge referred the matter to this court for a report and recommendation, the court conducted a hearing on August 20, 2025, to determine whether Defendant violated his supervised release. Defendant was represented by Michael Pannitto. The Government was represented by Lesley Brooks.

Defendant was sentenced on September 14, 2011, before The Honorable Frederick P. Stamp, Jr. of the Northern District of West Virginia after pleading guilty to the offense of Conspiracy to Distribute More Than 500 Grams of Cocaine and More Than 28 Grams of Cocaine Base, a Class B felony. This offense carried a statutory maximum imprisonment term of 40 years and a statutory minimum imprisonment term of five years. The guideline imprisonment range, based on a total offense level of 31 and a criminal history category of VI, was 188 to 235 months. Pursuant to a 5K1.1 Government motion based on Defendant's substantial assistance, Defendant was sentenced to 151 months imprisonment followed by a five-year term of supervised release subject to the standard conditions of release, plus special conditions to include mental health treatment, substance abuse testing and treatment, and a $100 special assessment. On February 18, 2021, Defendant completed his period of imprisonment and began service of the supervision term. On March 26, 2024, jurisdiction of this case was transferred from the Northern District of West

REPORT AND RECOMMENDATION – Page 1

Virginia to the Eastern District of Texas, Sherman Division. The case was assigned to The Honorable Amos L. Mazzant, III, Chief U.S. District Judge.

On August 1, 2025, the United States Probation Officer executed a Petition for Warrant or Summons for Offender Under Supervision (Dkt. #3, Sealed). The Petition asserts that Defendant violated five (5) conditions of supervision, as follows: (1) (mandatory) Defendant shall not commit another federal, state, or local crime; (2) (mandatory) Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon; (3) (mandatory) Defendant shall refrain from any unlawful use of a controlled substance; (4) (standard) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician; and (5) (standard) Defendant shall report to the probation officer and shall submit a truthful and compete written report within the first five days of each month. (Dkt. #3 at pp. 1–3, Sealed).

The Petition alleges that Defendant committed the following acts: (1) On July 12, 2025, in Collin County, Texas, Defendant committed the 3rd degree felony offense of Deadly Conduct-Discharging a Firearm. His bond was set at $10,000 and he has been out on bond since July 13, 2025. No formal charges have been filed, and this matter remains pending in Collin County, Texas. According to the Incident Report, McKinney, Texas, Police Officers were dispatched to a residence because a male fired a handgun at an unknown Toyota Camry and struck another vehicle inside a residence across the street. When police arrived at the scene, the victim informed officers a bullet hole was observed in the right rear fender of his vehicle. Officers spoke with neighbors and discovered video footage of the incident. Another neighbor informed officers they heard a disturbance coming from Defendant's residence. After viewing Ring Camera footage, it

showed a silver Toyota Camry parked in Defendant's driveway. It also showed a woman entering the vehicle. Shortly after, Defendant approached the vehicle briefly then walked away and stood by a truck that was parked in the driveway. He is then observed racking the slide of a handgun, chambering a round, and firing a single shot at the silver Toyota Camry. The vehicle can be seen reversing and leaving the driveway. Defendant proceeded to walk into the house. Officers were able to determine Defendant's identity by comparing the surveillance footage and his Texas driver's license. Officers tried calling Defendant numerous times to no avail. Officers proceeded to initiate a public address system call-out at the residence, requesting that Defendant exit the residence. After several announcements, Defendant exited and was taken into custody. When questioned, Defendant told officers he did not know why officers were present, and when they told him about the video footage, he invoked his right to an attorney; (2) On July 13, 2025, in Collin County, Texas, Defendant possessed and discharged a firearm as evidenced by his arrest for Deadly Conduct – Discharging a Firearm; (3) On March 15, 2021, while at the United States Probation Office, Defendant verbally admitted to ingesting marijuana edibles on March 12, 2021; (4) On or about March 25, 2021, while at the United States Probation Office, Defendant submitted a urine specimen which tested positive for marijuana. The specimen was confirmed positive by the national testing laboratory. On or about April 11, 2022, while at the at the United States Probation Office, Defendant submitted a urine specimen, which tested positive for marijuana. The specimen was confirmed positive by the national testing laboratory. On or about March 6, 2024, while at the at the United States Probation Office, Defendant submitted a urine specimen, which tested positive for marijuana. The specimen was confirmed positive by the national testing laboratory. On or about March 21, 2024, while at the at the United States Probation Office, Defendant submitted a urine specimen, which tested positive for marijuana. The specimen was

confirmed positive by the national testing laboratory; and (5) In August 2021, Defendant failed to submit his monthly report by August 5, 2021. The report was submitted on August 11, 2021. (Dkt. #3 at pp. 1–3, Sealed).

Prior to the Government putting on its case at the final revocation hearing, the Government moved to dismiss allegations (1) and (2). Defendant entered a plea of true to allegations (3)–(5) in the Petition. Having considered the Petition and the plea of true to allegations (3)–(5), the court finds that Defendant did violate his conditions of supervised release.

Defendant waived his right to allocute before the District Judge and his right to object to the report and recommendation of this court.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, the court recommends that Defendant's supervised release be revoked and that he be committed to the custody of the Bureau of Prisons to be imprisoned for an additional term of twenty-one (21) months to run consecutively to any sentence imposed in Defendant's Collin County case, with no term of supervised release to follow. The court further recommends that allegations (1) and (2) of the Petition be dismissed.

The court finally recommends that Defendant be housed in the Seagoville, Texas area, if appropriate.

**SIGNED this 27th day of August, 2025.**

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE